Arnold A. Schwartz, d/b/a Allied Finishing Specialties Co., Appellee, v. Lake View Tool & Manufacturing Co., Appellant.

Gen. No. 47,070. 

First District, First Division.
October 21, 1957.
Rehearing denied November 12, 1957.
Released for publication December 5, 1957.

Robert L. Huttner, for appellant; Collen, Kessler & Kadison (Mark A. Greenhouse, of counsel) for appellee. Opinion by JUDGE ROBSON. **Not to be published in full.**